IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          :          CRIMINAL ACTION
                                  :
          v.                      :
                                  :          NO. 13-236
MOHAMED MANSARAY                  :          NO. 15-526

ORDER

AND NOW, this  10th  day of June, 2020, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the petition of defendant Mohammed Mansaray for an order transferring him to home confinement is DENIED.

BY THE COURT:

/s/ Harvey Bartle III  __ ____
                                              J.